389 P.3d 134

STATE of Hawaiʻi, Plaintiff-Appellee,

v.

Jason ENGELBY, Defendant-Appellant

NO. CAAP-15-0000724

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi,
January 30, 2017.

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT
(CR. NO. 12-1-1899)

SUMMARY DISPOSITION ORDER

Affirmed.